**Order entered May 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00482-CV

**PEGASUS SCHOOL OF LIBERAL ARTS & SCIENCES, Appellant**

**V.**

**KIMBERLY BALL-LOWDER, Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 12-14617**

## ORDER

We **GRANT** appellant's May 1, 2013 unopposed motion to extend the briefing deadlines. Appellant shall file its brief on or before Tuesday, May 28, 2013. Appellee's brief will be due forty days after appellant's brief is filed. We caution the parties that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE